MARK J. CONNOT (10010)
JOHN H. GUTKE (10062)
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive
Suite 700
Las Vegas, Nevada 89135
(702) 262-6899 tel.
(702) 597-5503 fax
mconnot@foxrothschild.com
jgutke@foxrothschild.com

WILLIAM F. DOLAN (*Pro Hac Vice*)
PATRICK J. BEISELL (*Pro Hac Vice*)
JONES DAY
77 West Wacker Dr., Suite 3500
Chicago, Illinois 60601-1692
(312) 782-3939 tel.
(312) 782-8585 fax
wdolan@jonesday.com
pbeisell@jonesday.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AETNA INC., <br><br> Plaintiff, <br><br> v. <br><br> ALL MARKET PRODUCTS & SERVICES, LLC et al., <br><br> Defendants. | Case No. 2:16-cv-01819-JAD-PAL <br><br> **STIPULATED DISCOVERY PLAN AND SCHEDULING ORDER PURSUANT TO FRCP 26(f) AND LOCAL RULE 26-1(b)** |

### SPECIAL SCHEDULING REVIEW REQUESTED

The parties, through their counsel, submit the following Stipulated Discovery Plan and Scheduling Order pursuant to the requirements of Federal Rule of Civil Procedure ("FRCP") 26 and Local Rules of Practice for the United States District Court for the District of Nevada ("LR") 26-1(b). This scheduling and discovery plan is shorter than the deadlines stated in LR 26-1(b) because of Plaintiff Aetna Inc.'s ("Plaintiff" or "Aetna") request for, and this Court's order granting, expedited discovery.

On July 29, 2016, Plaintiff filed its Complaint against Defendants. On August 23, 2016, counsel for Defendants first filed an appearance. Defendants have not yet filed an Answer to the Complaint.

**FRCP 26(f) Meeting.**

Pursuant to FRCP 26(f) and LR 26-1(a), on September 7, 2016 and September 12 respectively, telephonic discovery conferences were held between counsel for Aetna, William F. Dolan, and (i) counsel for All Market Products & Services, LLC (d/b/a Dental Shield USA), Dental Club America, LLC, Ryan Ousdahl, and Andrew D. Ross, Eric Menhart, and (ii) Dean Austin. This Order reflects the fruits of those discussions.

1.  **Discovery Scope and Scheduling.**

The parties jointly propose to the Court the following discovery plan: Written discovery and depositions as allowed under the FRCP. The subjects on which discovery may be needed include, but shall not be limited to, Defendants' use of Aetna's trademarks; Defendants' communications with consumers regarding the sale or marketing of Aetna products, services, or networks; Defendants' sales associated with the Aetna trademarks; the marketing scripts Defendants used; recordings of consumer interaction; Defendants' corporate structure; Defendants' relations with telemarketers; and damages (if any) subject to recovery under applicable law.

2.  **Discovery Cut-Off Date (LR 26-1(b)(1)).**

LR 26-1(b)(1) prescribes a discovery cut-off date of 180 days from the date of Defendants' first appearance. Plaintiff requests an alternative discovery cut-off date of December 20, 2016 (120 days) because of the Court's Order granting expedited discovery. Defendants do not oppose Plaintiff's request. Further, as Plaintiff has already served initial discovery requests on Defendants, Defendants shall respond to Plaintiff's initial discovery requests by September 23, 2016. Additionally, written discovery shall close on October 31, 2016.

3. **Amendment of Pleadings and Adding Parties (LR 26-1(b)(2)).**

LR 26-1(b)(2) prescribes a discovery cut-off date of 90 days before the close of discovery. Plaintiff requests an alternative deadline of October 31, 2016 for filing motions to amend the pleadings or to add parties. Defendants do not oppose Plaintiff's request.

4. **FRCP 26(a)(2) Disclosures (Experts) (LR 26-1(b)(3)).**

The parties do not anticipate the need for experts at this time. However, if expert discovery becomes necessary, the parties will discuss a schedule and present the Court with an agreed schedule.

5. **Dispositive Motions (LR 26-1(b)(4)).**

Pursuant to LR 26-1(b)(4), the deadline for filing dispositive motions shall be January 19, 2017.

6. **Pretrial Order (LR 26-1(b)(5)).**

Pursuant to LR 26-1(b)(5), the parties' joint pretrial order shall be filed by February 20, 2017 unless dispositive motions are filed, in which case, the parties' joint pretrial order shall be filed within 30 days after decision on the dispositive motions or upon further order of this Court.

7. **FRCP 26(a)(3) Disclosures (LR 26-1(b)(6)).**

Pursuant to FRCP 26(a)(3), the parties will submit their pretrial disclosures within 30 prior to trial, unless the Court orders otherwise.

8. **Alternative Dispute Resolution (LR 26-1(b)(7)).**

Pursuant to LR 26-1(b)(7), the parties have met and conferred about the possibility of using alternative dispute resolution processes, including mediation and arbitration. At this point in time, the parties have not agreed to use any alternative dispute resolution processes.

9. **Alternative Forms of Case Disposition (LR 26-1(b)(8)).**

Pursuant to LR 26-1(b)(8), the parties have considered consent to trial by a magistrate judge under 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73 and the use of the Short Trial Program (General Order 2013-01). At this point in time, the parties do not consent to trial by a magistrate

judge nor the Short Trial Program, however, the parties are continuing to discuss such possibilities.

### 10. Electronic Evidence (LR 26-1(b)(9)).

Pursuant to LR 26-1(b)(9), the parties have discussed the possible presentation of evidence in electronic format to jurors for the purposes of jury deliberation. The parties believe that it is premature to stipulate to any format or use of electronic evidence at this time, but the parties will continue to discuss this issue after the initial round of discovery has been produced.

### 11. Interim Status Report (LR 26-3).

Local Rules contemplate the filing of the LR 26-3 Interim Status Report on October 21, 2016. Plaintiff requests an alternative deadline of November 22, 2016 for the filing of the LR 26-3 Status Report, in accordance with the requested discovery cut-off dates described above. Defendants do not oppose Plaintiff's request.

### 12. Pre-Discovery Disclosures.

By September 30, 2016, the parties shall exchange the initial disclosures required by FRCP 26(a)(1).

### 13. Settlement.

The parties have engaged in informal settlement discussions. The parties remain willing to discuss settlement but do not request any orders relating to settlement at this time.

### 14. Later Appearing Parties.

A copy of this Discovery Plan and Scheduling Order shall be promptly served on any person served after it is entered or, if additional Defendants should appear, following their first appearance. This Discovery Plan and Scheduling Order shall apply to such later-appearing parties unless the Court, on motion and for good cause shown, orders otherwise.

### 15. Extensions or Modifications of the Discovery Plan and Scheduling Order.

LR 26-4 governs modifications or extensions of this Discovery Plan and Scheduling Order. Plaintiff requests a deadline of November 29, 2016, which is 21 days before the requested discovery cut-off of December 20, 2016. Defendants do not oppose Plaintiff's request.

16. **Issues Relating to Claims of Privilege or Protection.**

The parties anticipate that each side will request production of documents which are confidential and proprietary. Defendants will provide Plaintiff with a proposed Confidentiality Agreement and Order for review and submission to the Court.

17. **Issues Relating to Electronically Stored Information.**

The parties have had preliminary discussions regarding electronically stored information ("ESI") and the potential form of production of documents and ESI, but have yet to agree on specific requirements. The parties, however, do not contemplate any issues regarding ESI and form of production of documents.

IT IS SO ORDERED:

_____
The Honorable Jennifer A. Dorsey
United States District Court Judge

DATED: September 23, 2016

[signatures on following pages]

STIPULATED AND AGREED:

Dated: September __, 2016   Counsel for Aetna Inc.

By: _____
MARK J. CONNOT (10010)
JOHN H. GUTKE (10062)
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive
Suite 700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
jgutke@foxrothschild.com

Dated: September 12, 2016   Counsel for All Market Products & Services, LLC (d/b/a Dental Shield USA), Dental Club America, LLC, Ryan Ousdahl, and Andrew D. Ross

By: _____
WHITNEY WILCHER, (Bar ID: 7212)
THE WILCHER LAW FIRM
8465 W Sahara Ave
Suite 111-236
Las Vegas, NV 89117
wcwilcher@hotmail.com

Dated: September __, 2016   Dean Austin

_____

STIPULATED AND AGREED:

Dated: September 12th, 2016

Counsel for Aetna Inc.

By: _____
MARK J. CONNOT (10010)
JOHN H. GUTKE (10062)
FOX ROTHSCHILD LLP
1980 Festival Plaza Drive
Suite 700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
mconnot@foxrothschild.com
jgutke@foxrothschild.com

Dated: September ___, 2016

Counsel for All Market Products & Services, LLC (d/b/a Dental Shield USA), Dental Club America, LLC, Ryan Ousdahl, and Andrew D. Ross

By: _____
Eric Menhart
Lexero Internet Law Firm
316 F St NE, Suite 101
Washington, DC 20002
Phone: 855-4-LEXERO (855-453-9376)
Fax: 855-4-LEXERO (855-453-9376)

Dated: September 12, 2016

Dean Austin

FOX ROTHSCHILD LLP
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135

Page 6 of 6