# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| AETNA INC.<br><br>v.<br><br>ALL MARKET PRODUCTS<br>& SERVICES, LLC, et al. | Case No. 2:16-cv-01819-JAD-PAL |

## DENTAL CLUB AMERICA LLC's CERTIFICATE OF INTERTESTED PARTIES

Defendant Dental Club America, LLC ("Defendant"), by counsel, files its Certificate of Interested Parties as follows: There is no other interested party other than the Defendant, as named.

Respectfully Submitted,

/s/ Eric Menhart
Eric Menhart, Esq.*
316 F Street NE
Suite 101
Washington, DC 20002
Phone: (855) 453-9376 x. 101
Fax: (855) 453-9376
* Pending Admission *Pro Hac Vice*

/s/ Whitney W. Wilcher
Whitney W. Wilcher, Esq.
8465 West Sahara Avenue
Suite 111-236
Las Vegas, NV 89117
Phone: (702) 528-5201

## CERTIFICATE OF SERVICE

I hereby certify that on the date of this filing a copy of the foregoing was served via electronic case filing and all parties of record were served by that system.

/s/ Whitney W. Wilcher
Whitney W. Wilcher, Esq.